# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK BLANCO, | NO. ED CV 10-0993 PA (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| AREF FAKHOURY, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 8, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE